UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:25-cv-00085-MR-DCK

| | |
|---|---|
| Kylee Aitken,<br>　　　　　　　　　　　　Plaintiff,<br>v.<br>Wilderness Training & Consulting, LLC d/b/a Family Help & Wellness, and Trails Carolina, LLC,<br>　　　　　　　　　　　　Defendants. | **JOINT MOTION FOR ENTRY OF QUALIFIED PROTECTIVE ORDER PURSUANT TO 45 C.F.R. § 164-512(e)** |

NOW COME the parties who, by and through undersigned counsel, jointly move this honorable Court for an order, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and 45 C.F.R. § 164.512(e)(1), for an Qualified Protective Order. A proposed order is submitted with this Motion for the Court's consideration.

We so move:

/s/ Shaun C. Blake
Shaun C. Blake (NC Bar #35819)
MANN BLAKE & JACKSON
PO Box 11803, Columbia, SC 29211
Columbia, SC 29211
Phone: (803) 256-1268
Fax: (839) 213-4300
sblake@mannblake.com &
schambers@mannblake.com (paralegal)

ATTORNEYS FOR PLAINTIFF

June 16, 2025

We so move:

/s/ David L. Levy
David L. Levy (NC Bar #34060)
Kristy D. Ambrosio (NC Bar # 52817)
GARDNER SKELTON
3746 N. Davidson Street
Charlotte, NC 28205
Phone: (704) 668-00350
Fax: (704) 936-0294
dlevy@gardnerskelton.com
kdambrosio@gardnerskelton.com

ATTORNEYS FOR DEFENDANTS