UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:25-CV-00085-MOC-SCR

| | |
|---|---|
| **KYLEE AITKEN,**<br><br>                                              **Plaintiff,**<br><br>v.<br><br>**WILDERNESS TRAINING & CONSULTING, LLC D/B/A FAMILY HEALTH & WELLNESS, AND TRAILS CAROLINA, LLC,**<br><br>                                              **Defendants.** | **STIPULATION OF DISMISSAL** |

The parties, by and through their undersigned counsel, hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that all claims asserted in this action are dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

This stipulation is signed by all parties who have appeared.

**This the 12th day of December, 2025.**

**/s/ Shaun C. Blake**
**Shaun C. Blake**
MANN BLAKE & JACKSON
P.O. Box 11803, Columbia, SC 29211
(803) 256-1268
sblake@mannblake.com
jmann@mannblake.com
schambers@mannblake.com (paralegal)
*Attorneys for Plaintiff*


**/s/Kristy M. D'Ambrosio**
**David L. Levy (NC State Bar No. 34060)**
**Kristy M. D'Ambrosio (NC State Bar No. 52817)**
**GARDNER SKELTON, PLLC**
**3746 N. Davidson Street**
**Charlotte, North Carolina 28205**
**Telephone: (704) 335-0350**
**Fax: (704) 936-0294**
**Email: dlevy@gardnerskelton.com**
**kdambrosio@gardnerskelton.com**
*Attorneys for Defendants*